

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00486-CV

———————————————

ANTHONY SEWELL, Appellant

V.

ANGELA SEWELL, Appellee

---

On Appeal from the 481st District Court
Denton County, Texas
Trial Court No. 21-8447-16

---

Before Sudderth, C.J.; Kerr and Walker, JJ.
Memorandum Opinion by Justice Walker

**MEMORANDUM OPINION**

In this divorce action, the trial court signed its final decree of divorce on August 11, 2022. Appellant Anthony Sewell filed his motion for new trial on September 12, 2022, thus extending his deadline for filing a notice of appeal to November 9, 2022. *See* Tex. R. App. P. 26.1(a)(1) (requiring after the filing of motion for new trial that notice of appeal be filed within ninety days after the judgment is signed). Although the motion was overruled by operation of law on October 25, 2022, *see* Tex. R. Civ. P. 329b(c), on November 9, 2022, the trial court signed an order denying Sewell's motion for new trial. Sewell then filed his notice of appeal on December 9, 2022.

On December 12, 2022, we informed Sewell of our concern that we lacked jurisdiction over his appeal because his notice of appeal was not timely filed. We further informed him that, unless he or any party desiring to continue the appeal filed on or before December 22, 2022, a response showing grounds for continuing this appeal, it might be dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). We received no such response.

After the timely filing of a motion for new trial, Appellate courts have jurisdiction to consider an appeal only if the notice of appeal was filed within ninety days of the final judgment. Tex. R. App. P. 26.1(a)(1). An order denying a motion for new trial does not extend this deadline. *Naaman v. Grider*, 126 S.W.3d 73, 74 (Tex. 2003).

2

Because Sewell's notice of appeal was filed 120 days after the trial court's final divorce decree, he did not timely perfect his appeal. Thus, we must dismiss his appeal for want of jurisdiction. *See id.*; *see also* Tex. R. App. P. 26.(1)(a), 42.3(a), 43.2(f).

/s/ Brian Walker

Brian Walker
Justice

Delivered: January 12, 2023